IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| GEORGE BYRAN WALTERS, | ) | |
|---|---|---|
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No. CIV-19-232-SLP |
| | ) | |
| ERIC D. WILSON, Warden, | ) | |
| | ) | |
| Respondent. | ) | |

# ORDER

Before the Court is the Report and Recommendation of Magistrate Judge Shon T. Erwin [Doc. No. 4] filed March 13, 2019, wherein he recommends that Plaintiff's action be transferred to the United States District Court for the Northern District of Texas. No objection to the Report and Recommendation has been filed nor has an extension of time in which to object been sought or granted. Therefore, the Report and Recommendation of the Magistrate Judge is ADOPTED and the Clerk of the Court is directed to transfer this matter to the United States District Court for the Northern District of Texas.

IT IS SO ORDERED this 15th day of April, 2019.

SCOTT L. PALK
UNITED STATES DISTRICT JUDGE